# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

LARRY AUSTIN,                    )
                                 )
   Petitioner,                 )
                                 )
v.                               )    CIVIL ACTION NO. 17-0003-WS-MU
                                 )
LEON BOLLING,                    )
                                 )
   Respondent.                 )

## REPORT AND RECOMMENDATION

Petitioner filed a petition under 28 U.S.C. § 2254 on January 3, 2017 and a Motion for Leave to Proceed Without Prepayment of Fees on January 23, 2017. (Docs. 1, 3). This case was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and General Local Rule 72(a)(2)(R) for appropriate action. Because Petitioner has failed to prosecute and to comply with the Court's Order dated January 25, 2017 (Doc. 4), it is recommended that this action be dismissed without prejudice.

Petitioner's Motion for Leave to Proceed Without Prepayment of Fees (Doc. 3) was denied on January 25, 2017. (Doc. 4). The Court ordered Petitioner to remit a money order of $5.00 to the Clerk within fifteen days of the order. (*Id.*). Petitioner was cautioned that failure to pay the $5.00 statutory filing fee by that date would result in the dismissal of his petition for failure to prosecute. (*Id.*) As of the date of this order, no filing fee has been received.

Due to Petitioner's failure to comply with the Court's Order of January 25, 2017, and upon consideration of the alternatives available to the Court, it is recommended that this action be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of

Civil Procedure as no other lesser sanction will suffice. *Link v. Wabash R. R.*, 370 U.S. 626, 630 (1962) (interpreting Rule 41(b) not to restrict the court's inherent authority to dismiss *sua sponte* an action for lack of prosecution); *World Thrust Films, Inc. v. International Family Entertainment, Inc.*, 41 F.3d 1454, 1456-57 (11th Cir. 1995); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Goforth v. Owens*, 766 F.2d 1533, 1535 (11th Cir. 1985); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983). *Accord Chambers v. NASCO, Inc.*, 501 U.S. 32 (1991) (ruling that federal courts' inherent power to manage their own proceedings authorized the imposition of attorney's fees and related expenses as a sanction); *Malautea v. Suzuki Motor Co.*, 987 F.2d 1536, 1545-46 (11th Cir.) (finding that the court's inherent power to manage actions before it permitted the imposition of fines).

## Notice of Right to File Objections

A copy of this report and recommendation shall be served on all parties in the manner provided by law. Any party who objects to this recommendation or anything in it must, within fourteen (14) days of the date of service of this document, file specific written objections with the Clerk of this Court. *See* 28 U.S.C. § 636(b)(1); **Fed.R.Civ.P.** 72(b); S.D. ALA. GenLR 72(c). The parties should note that under Eleventh Circuit Rule 3-1, "[a] party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object. In the absence of a proper objection, however, the court may review on appeal for plain error if necessary in the

2

interests of justice." *11th Cir. R. 3-1.* In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the Magistrate Judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the Magistrate Judge is not specific.

**DONE** this the **14th** day of **April, 2017**.

s/P. BRADLEY MURRAY  
**UNITED STATES MAGISTRATE JUDGE**