IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY AUSTIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 17-0003-WS-MU |
| | ) |
| LEON BOLLING, | ) |
| | ) |
| Respondent. | ) |

## **JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** without prejudice.

**DONE** this 15th day of May, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE